UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 24-967-GW-JDEx | Date | September 12, 2024 |
|---|---|---|---|
| Title | *Theresa Brooke v. Sagar Hotels, Inc.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On September 11, 2024, Plaintiff Theresa Brooke filed a Declaration of Counsel Reporting Status and Settlement of Case [17]. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for October 17, 2024 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on October 15, 2024.

:

Initials of Preparer    JG